UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: _____

GAYNISHA WILLIAMS, NATHANAEL MARS,
SHANNON DANIELS, LAKEISHA CHATFIELD,
and LAKEISHA CHATFIELD ON BEHALF OF
HER MINOR DAUGHTER T.C.,

      Plaintiffs,
vs.

MIAMI BEVERLY, LLC, LIBERTY
APARTMENTS, LLC, FREEDOM
APARTMENTS, LLC, DENISE VAKNIN,
and ABRAHAM VAKNIN,

      Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, MIAMI BEVERLY, LLC, LIBERTY APARTMENTS, LLC, FREEDOM APARTMENTS, LLC, DENISE VAKNIN and ABRAHAM VAKNIN, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby file this Notice of Removal, removing this action from the Eleventh Judicial Circuit Court in and for Miami Dade County, Florida, to the United States Court for the Southern District of Florida, Miami Division.  The removal of this action is based upon the following:

    1.    The United States District Court has original jurisdiction over this action based upon allegations of violating the Fair Housing Act, 42 U.S.C. 3601, et seq., raised in Plaintiffs' First Amended Complaint deemed filed on October 19, 2017.

    2.    The Plaintiffs' First Amended Complaint seeks damages based upon alleged breach of warranty of habitability (Counts I, VII, and XII), violation of Section 83.67(1), Fla.Stat. (Counts II, VIII, and XIII), gross negligence (Counts III and XIX), negligent infliction

of emotional distress (Counts IV, XI, and XX), violation of obligation of good faith (Counts V, IX, and XXI), violation of Florida Deceptive and Unfair Practices Act (Counts VI, X, and XXII), and violation of the Fair Housing Act (Count XXIII).

3. Venue is proper in the Southern District of Florida, Miami Division, because the Circuit Court action is pending within the jurisdictional confines of this District and Division. *See* 28 U.S.C. §§ 1443; 28 U.S.C. § 1446 (a); and Local Rule 4.02.

4. The Plaintiffs are all individuals residing in Miami, Florida.

5. The corporate Defendants, Miami Beverly, LLC and Freedom Apartments, LLC, are Florida limited liability companies, incorporated in the State of Florida.

6. The Defendants, Denise Vaknin and Abrahams Vaknin, are permanent residents, citizens, and domiciled in the State of New Jersey.

7. The Civil Cover Sheet is attached hereto.

8. A copy of the Eleventh Judicial Circuit Court docket, as well as copies of all papers and pleadings filed in the Eleventh Judicial Circuit Court case are attached hereto.

Respectfully submitted,

**ANDERSON LAW GROUP**

/s/ Layla K. McDonald
Layla K. McDonald, Esq.
FBN: 011308
13577 Feather Sound Drive, Suite 500
Clearwater, FL 33762
Telephone: (727) 329-1999
Facsimile:  (727) 329-1499
Email:  lmcdonald@floridalawpartners.com
Email:  eserve@floridalawpartners.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of November, 2017, I *caused the foregoing to be* electronically filed with the Clerk of the Court using CM/ECF *which will provide electronic notice of such filing to all counsel of record.*

*Legal Services of Greater Miami, Inc.*
Rebecca Parsons Schram, Esq.
Jeffrey Hearne, Esq.
3000 Biscayne Blvd, Suite 500
Miami, FL, 33137
RSchram@legalservicesmiami.org
PBerrios@legalservicesmiami.org

Renee M. Smith, Esq.
9000 Las Vegas Boulevard S.
Unit 2291
Las Vegas, NV  89123
renee@smithtitleservices.com

*Legal Services of Greater Miami, Inc.*
Rebecca Parsons Schram, Esq.
Jeffrey Hearne, Esq.
3000 Biscayne Blvd, Suite 500
Miami, FL, 33137
RSchram@legalservicesmiami.org
PBerrios@legalservicesmiami.org

/s/ Layla K. McDonald
Layla K. McDonald, Esq.
FBN: 011308