UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: _____

GAYNISHA WILLIAMS, NATHANAEL MARS,
SHANNON DANIELS, LAKEISHA CHATFIELD,
and LAKEISHA CHATFIELD ON BEHALF OF
HER MINOR DAUGHTER T.C.,

    Plaintiffs,

vs.

MIAMI BEVERLY, LLC, LIBERTY
APARTMENTS, LLC, FREEDOM
APARTMENTS, LLC, DENISE VAKNIN,
and ABRAHAM VAKNIN,

    Defendants.
_____/

## NOTICE OF CO-DEFENDANTS' CONSENT TO REMOVAL

Defendants, MIAMI BEVERLY, LLC, LIBERTY APARTMENTS, LLC, FREEDOM APARTMENTS, LLC, DENISE VAKNIN, and ABRAHAM VAKNIN, by and through undersigned counsel, hereby file this Notice of Co-Defendants' Consent to Removal.

Under the unanimity rule, a defendant seeking to remove an action from a state court to a federal court must comply with procedural requirements. See 28 U.S.C. §1446. All defendants must consent to and join a notice of removal in order for it to be effective. See Bailey v. Janssen Pharmaceutica, Inc., 536 F.3d 1202, 1207 (11th Cir. 2008).

The undersigned, MIAMI BEVERLY, LLC, LIBERTY APARTMENTS, LLC, FREEDOM APARTMENTS, LLC, DENISE VAKNIN, and ABRAHAM VAKNIN consent to removal of this action from the Circuit Court of Miami-Dade County, Florida to the United States District Court for the Southern District of Florida.

Denise Vaknin
MIAMI BEVERLY, LLC

By: Denise Vaknin

Its: MGR Member

STATE OF Florida

COUNTY OF Dade

BEFORE ME, the undersigned authority, an officer duly authorized to administer oaths and take acknowledgements, this day personally appeared Denise Vaknin, known to me, or provided _____ as identification, and who swore before me, that the foregoing is true correct to the best of his knowledge and belief.

WITNESS my hand and seal in the County and State last aforesaid, this 8 day of November, 2017.

RENEE MARIE SMITH
MY COMMISSION # GG066359
EXPIRES January 25, 2021

_____
Notary Public

****

Denise Vaknin
LIBERTY APARTMENTS, LLC

By: Denise Vaknin

Its: MGR Member

STATE OF Florida

COUNTY OF Dade

BEFORE ME, the undersigned authority, an officer duly authorized to administer oaths and take acknowledgements, this day personally appeared Denise Vaknin, known to me, or provided _____ as identification, and who swore before me, that the foregoing is true correct to the best of his knowledge and belief.

WITNESS my hand and seal in the County and State last aforesaid, this 8 day of November, 2017.

RENEE MARIE SMITH
MY COMMISSION # GG066359
EXPIRES January 25, 2021

_____
Notary Public

2

_Denise Vaknin_
FREEDOM APARTMENTS, LLC

By: _Denise Vaknin_

Its: _Mg Member_

STATE OF _Florida_

COUNTY OF _Dade_

BEFORE ME, the undersigned authority, an officer duly authorized to administer oaths and take acknowledgements, this day personally appeared _Denise Vaknin_, known to me, ~~or provided~~ _____ as identification, and who swore before me, that the foregoing is true correct to the best of his knowledge and belief.

WITNESS my hand and seal in the County and ~~State last aforesaid~~, this _8_ day of _November_, 2017.

SEAL

_____
Notary Public

****

_Denise Vaknin_
DENISE VAKNIN

STATE OF _Florida_

COUNTY OF _Dade_

BEFORE ME, the undersigned authority, an officer duly authorized to administer oaths and take acknowledgements, this day personally appeared _Denise Vaknin_, known to me, ~~or provided~~ _____ as identification, and who swore before me, that the foregoing is true correct to the best of his knowledge and belief.

WITNESS my hand and seal in the County and State last aforesaid, this _8_ day of _November_, 2017.

SEAL

RENEE MARIE SMITH
MY COMMISSION # GG066359
EXPIRES January 25, 2021

_____
Notary Public

3

_____
ABRAHAM VAKNIN

STATE OF Florida

COUNTY OF DADE

BEFORE ME, the undersigned authority, an officer duly authorized to administer oaths and take acknowledgements, this day personally appeared ABRAHAM Vakin, known to me, or provided _____ as identification, and who swore before me, that the foregoing is true correct to the best of his knowledge and belief.

WITNESS my hand and seal in the County and State last aforesaid, this 8 day of November, 2017.



RENEE MARIE SMITH
MY COMMISSION # GG066359
EXPIRES January 25, 2021

_____
Notary Public

Dated this 8th day of November, 2017.

**ANDERSON LAW GROUP**

/s/ Layla K. McDonald
Layla K. McDonald
Florida Bar No.: 011308
13577 Feather Sound Drive, Suite 500
Clearwater, FL 33762
Telephone: (727) 329-1999
Facsimile: (727) 329-1499
Email: lmcdonald@floridalawpartners.com
Email: eserve@floridalawpartners.com
Attorneys for Defendants

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of November, 2017, I *caused the foregoing to be* electronically filed with the Clerk of the Court using CM/ECF *which will provide electronic notice of such filing to all counsel of record.*

*Legal Services of Greater Miami, Inc.*
Rebecca Parsons Schram, Esq.
Jeffrey Hearne, Esq.
3000 Biscayne Blvd, Suite 500
Miami, FL, 33137
RSchram@legalservicesmiami.org
PBerrios@legalservicesmiami.org

Renee M. Smith, Esq.
9000 Las Vegas Boulevard S.
Unit 2291
Las Vegas, NV  89123
renee@smithtitleservices.com

*Legal Services of Greater Miami, Inc.*
Rebecca Parsons Schram, Esq.
Jeffrey Hearne, Esq.
3000 Biscayne Blvd, Suite 500
Miami, FL, 33137
RSchram@legalservicesmiami.org
PBerrios@legalservicesmiami.org

/s/ Layla K. McDonald
Layla K. McDonald, Esq.
FBN: 011308


/s/ Layla K. McDonald
Layla K. McDonald
Florida Bar No.:  011308

5