UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  1:17-cv-24117-PCH

GAYNISHA WILLIAMS, NATHANAEL MARS,
SHANNON DANIELS, LAKEISHA CHATFIELD,
and LAKEISHA CHATFIELD ON BEHALF OF
HER MINOR DAUGHTER T.C.,

      Plaintiffs,

vs.

MIAMI BEVERLY, LLC, LIBERTY
APARTMENTS, LLC, FREEDOM
APARTMENTS, LLC, DENISE VAKNIN,
and ABRAHAM VAKNIN,

      Defendants.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

The Defendants, MIAMI BEVERLY, LLC, LIBERTY APARTMENTS, LLC, FREEDOM APARTMENTS, LLC, DENISE VAKNIN and ABRAHAM VAKNIN, by and through the undersigned counsel, hereby file their Answer and Affirmative Defenses to Plaintiffs' First Amended Complaint, as follows:

1. Admit for jurisdiction purposes, denied as phrased.

## PARTIES AND VENUE

2. Denied as phrased.

**Defendants**

3. Denied as phrased.

4. Admitted.

5. Admitted.

-1-

6.      Admitted.

7.      Denied as phrased.

8.      Denied as phrased.

9.      Denied as phrased.

10.     Admitted.

11.     Admitted.

### *Long Arm Jurisdiction*

12.     Denied as phrased.

13.     Denied as phrased.

14.     Denied.

15.     Denied.

16.     Denied.

### *Minimum Contacts*

17.     Denied as phrased.

18.     Denied as phrased.

19.     Denied as phrased.

20.     Denied as phrased.

21.     Denied as phrased.

22.     Denied as phrased.

23.     Denied as phrased.

24.     Denied as phrased.

25.     Denied as phrased.

26.     Denied.

27.     Admit a receiver was appointed; otherwise denied.

28.     Admit a receiver was appointed; otherwise denied.

29.     Denied as phrased.

30.     Denied as phrased.

31.     Denied as phrased.

32.     Denied as phrased.

**Plaintiffs**

33.     Admit for jurisdictional purposes; otherwise denied.

34.     Without knowledge; therefore denied.

35.     Denied as phrased.

36.     Denied as phrased.

37.     Denied as phrased.

38.     Without knowledge; therefore denied.

39.     Denied as phrased.

40.     Without knowledge; therefore denied.

41.     Denied as phrased.

42.     Admit for jurisdictional purposes; otherwise denied.

43.     Denied as phrased.

## GENERAL FACTS

44.     Denied as phrased.

45.     Denied as phrased.

46.     Denied as phrased.

47.     Denied as phrased.

48.    Admit a receiver has been appointed; otherwise denied.

49.    Denied as phrased.

50.    Denied as phrased.

51.    Denied as phrased.

52.    Denied as phrased.

53.    Denied as phrased.

**Code Violations**

54.    Denied as phrased.

55.    Denied as phrased.

56.    Admit that the City of Miami Municipal Code speaks for itself; otherwise denied as phrased.

57.    Denied as phrased.

58.    Denied as phrased.

59.    Denied as phrased.

60.    Denied as phrased.

61.    Admit Florida Statutes speak for themselves; otherwise denied.

62.    Admit Florida Statutes speak for themselves; otherwise denied.

63.    Denied as phrased.

64.    Denied as phrased.

65.    Admit City of Miami Municipal Code speaks for itself; otherwise denied.

66.    Denied as phrased.

67.    Denied as phrased.

**Personal Liability of DENISE VAKNIN and ABRAHAM VAKNIN**

68.     Denied.

69.     Denied as phrased.

70.     Denied as phrased.

71.     Denied as phrased.

72.     Denied as phrased.

73.     Denied as phrased.

74.     Denied as phrased.

75.     Denied as phrased.

76.     Denied as phrased.

77.     Denied as phrased.

78.     Denied as phrased.

79.     Denied as phrased.

80.     Denied as phrased.

81.     Denied as phrased.

82.     Denied as phrased.

83.     Denied as phrased.

84.     Denied.

85.     Denied as phrased.

86.     Denied as phrased.

87.     Denied as phrased.

88.     Denied.

89.     Denied as phrased.

90.     Denied as phrased.

91.     Without knowledge; therefore denied.

## FACTS FOR GAYNISHA WILLIAMS AND HER SON, NATHANAEL MARS

92.     Without knowledge; therefore denied.

93.     Without knowledge; therefore denied.

94.     Denied as phrased.

95.     Denied as phrased.

96.     Denied as phrased.

97.     Denied as phrased.

98.     Denied as phrased.

99.     Denied as phrased.

100.    Without knowledge; therefore denied.

101.    Without knowledge; therefore denied.

102.    Without knowledge; therefore denied.

103.    Without knowledge therefore denied.

104.    Denied as phrased.

105.    Without knowledge; therefore denied.

106.    Denied as phrased.

107.    Without knowledge; therefore denied.

108.    Denied as phrased.

109.    Denied as phrased.

110.    Denied as phrased.

111.    Denied as phrased.

112.   Denied as phrased.

113.   Denied as phrased.

114.   Denied as phrased.

115.   Denied as phrased.

116.   Denied as phrased.

117.   Denied as phrased.

118.   Denied as phrased.

119.   Denied as phrased.

120.   Without knowledge; therefore denied.

121.   Without knowledge; therefore denied.

122.   Denied as phrased.

123.   Denied.

124.   Denied as phrased.

125.   Denied as phrased.

126.   Denied as phrased.

127.   Denied.

128.   Denied as phrased.

129.   Denied as phrased.

130.   Denied as phrased.

131.   Denied as phrased.

132.   Without knowledge; therefore denied.

## **FACTS FOR SHANNON DANIELS**

133.   Without knowledge; therefore denied.

134.    Denied as phrased.

135.    Denied as phrased.

136.    Without knowledge; therefore denied.

137.    Without knowledge; therefore denied.

138.    Without knowledge; therefore denied.

139.    Denied.

140.    Denied as phrased.

141.    Denied as phrased.

142.    Denied as phrased.

143.    Denied as phrased.

144.    Without knowledge; therefore denied.

145.    Denied as phrased.

146.    Denied as phrased.

147.    Denied as phrased.

148.    Denied as phrased.

149.    Denied as phrased.

150.    Denied as phrased.

151.    Denied.

**FACTS FOR LAKEISHA CHATFIELD AND HER MINOR DAUGHTER, T.C.**

152.    Denied as phrased.

153.    Without knowledge; therefore denied.

154.    Denied as phrased.

155.    Denied as phrased.

156.    Without knowledge therefore denied.

157.    Without knowledge; therefore denied.

158.    Without knowledge; therefore denied.

159.    Without knowledge; therefore denied.

160.    Denied as phrased.

161.    Denied as phrased.

162.    Denied as phrased.

163.    Denied as phrased.

164.    Denied as phrased.

165.    Denied as phrased.

166.    Denied as phrased.

167.    Denied as phrased.

168.    Without knowledge; therefore denied.

## CLAIMS FOR RELIEF
## FOR GAYNISHA WILLIAMS AND HER SON, NATHANAEL MARS

### Count I: Violation of Fla. Stat. Sec. 83.51:
### Breach of Warranty of Habitability

169.    Defendants restate their responses to paragraphs 1 through 132 as if fully set forth

herein.

170.    Florida Statutes speak for themselves; otherwise denied.

171.    Florida Statutes speak for themselves; otherwise denied.

172.    Florida Statutes speak for themselves; otherwise denied.

173.    Denied.

174.    Denied.

175.    Denied as phrased.

176.    Denied as phrased.

177.    Denied.

All allegations not specifically admitted are hereby denied.

## COUNT II: VIOLATION OF FLA. STAT. SEC. 83.67(1)
## WATER AND ELECTRICITY SHUT-OFFS/ INADEQUATE GARBAGE COLLECTION

178.    Defendants restate their responses to paragraphs 1 through 132 as fully set forth herein.

179.    Denied as phrased.

180.    Florida Statutes speak for themselves; otherwise denied.

181.    Without knowledge; therefore denied.

182.    Denied as phrased.

183.    Without knowledge; therefore denied.

184.    Denied as phrased.

185.    Denied as phrased.

186.    Denied as phrased.

187.    Denied as phrased.

188.    Denied.

189.    Florida Statutes speak for themselves; otherwise denied.

All allegations not specifically admitted are hereby denied.

## COUNT III: GROSS NEGLIGENCE FOR NATHANAEL MARS

190.    Defendants restate their responses to paragraphs 1through 132 as fully set forth herein.

191.    Florida law speaks for itself; otherwise denied.

192.    Florida law speaks for itself; otherwise denied.

193.    Florida law speaks for itself; otherwise denied.

194.    Denied as phrased.

195.    Denied.

196.    Denied.

197.    Denied.

198.    Denied.

199.    Denied.

200.    Denied.

201.    Denied.

202.    Without knowledge; therefore denied.

203.    Denied.

204.    Denied.

All allegations not specifically admitted are hereby denied.

## COUNT IV: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

205.    Defendants restate their responses to paragraphs 1 through 132 and 169 through 204 as if fully set forth herein.

206.    Florida law speaks for itself; otherwise denied.

207.    Without knowledge; therefore denied.

208.    Denied as phrased.

209.    Denied as phrased.

210.    Denied as phrased.

211.    Denied as phrased

All allegations not specifically admitted are hereby denied.

**COUNT V: VIOLATION OF FLA. STAT. SEC. 83.44**
**VIOLATION OF OBLIGATION OF GOOD FAITH**

212.     Defendants restate their responses to paragraphs 1 through 132 and 169 through

211 as if fully set for herein.

213.     Denied.

214.     Denied.

215.     Denied.

216.     Denied.

217.     Denied.

218.     Denied.

All allegations not specifically admitted are hereby denied.

**COUNT VI: VIOLATION OF FLORIDA'S DECEPTIVE**
**AND UNFAIR TRADE PRACTICES ACT**

219.     Defendants restate their responses to paragraphs 1 through 132 as if fully set for

herein.

220.     Florida Statutes speak for themselves; otherwise denied.

221.     Florida Statutes speak for themselves; otherwise denied.

222.     Florid statuses speak for themselves; otherwise denied.

223.     Denied as phrased.

224.     Denied as phrased.

225.     Admit Florida Statutes speak for themselves; otherwise denied.

226.     Denied.

227.     Denied.

228.   Denied.

229.   Denied.

230.   Admit Florida Statutes speak for themselves; otherwise denied.

231.   Admit Florida Statutes speak for themselves, otherwise denied.

232.   All allegations not specifically admitted are hereby denied.

All allegations not specifically admitted are hereby denied.

## CLAIMS FOR RELIEF
## FOR SHANNON DANIELS

### COUNT VII: VIOLATION OF FLA. STAT. SEC. 83.51
### BREACH OF WARRANTY OF HABITABILITY

233.    Defendants restate their responses to paragraphs 1 through 91; and 133 through

151 as if fully set forth herein.

234.   Florida Statutes speak for themselves; otherwise denied.

235.   Florida Statutes speak for themselves; otherwise denied.

236.   Florida Statutes speak for themselves; otherwise denied.

237.   Denied.

238.   Denied.

239.   Denied.

240.   Denied.

All allegations not specifically admitted are hereby denied.

### COUNT VIII: VIOLATION OF FLA. STAT. SEC. 83.67(1)
### WATER SHUT-OFF AND INADEQUATE GARBAGE COLLECTION

241.   Defendants restate their responses to paragraphs 1 through 91 and 133 through

151 as if fully set forth herein.

242.   Admit Florida Statutes speak for themselves; otherwise denied.

-13-

243.    Denied.

244.    Denied as phrased.

245.    Denied.

246.    Denied.

247.    Denied.

248.    Denied.

All allegations not specifically admitted are hereby denied.

**COUNT IX: VIOLATION OF FLA. STAT. SEC. 83.44**
**VIOLATION OF OBLIGATION OF GOOD FAITH**

249.    Defendants restate their responses their responses to paragraphs 1 through 91 and

133 through 151 as if fully set forth herein.

250.    Denied.

251.    Denied.

252.    Denied.

253.    Denied.

All allegations not specifically admitted are hereby denied.

**COUNT X: VIOLATION OF FLORIDA'S DECEPTIVE**
**AND UNFAIR TRADE PRACTICES ACT**

254.    Defendants restate their responses to paragraphs 1 through 91 and 133 through

151 as if fully set forth herein.

255.    Florida Statutes speak for themselves; otherwise denied.

256.    Florida Statutes speak for themselves otherwise denied.

257.    Florida Statutes speak for themselves; otherwise denied.

258.    Denied as phrased.

259.    Denied as phrased.

260.    Florida Statutes speak for themselves; otherwise denied.

261.    Denied.

262.    Denied.

263.    Denied.

264.    Denied.

265.    Florida Statutes peak for themselves; otherwise denied.

266.    Florida Statutes speak for themselves; otherwise denied.

267.    Florida Statutes speak for themselves; otherwise denied.

All allegations specifically not admitted are hereby denied.

## COUNT XI: NEGLIGENT INFLICTION OF EMOTION DISTRESS

268.    Defendants restate their responses to paragraphs 1 through 91; 133 through 151; and 241 through 248 as if fully set forth herein

269.    Florida law speaks for itself; otherwise denied.

270.    Denied.

271.    Denied.

All allegations not specifically admitted are hereby denied.

## CLAIMS FOR RELIEF
## FOR LAKEISHA CHATFIELD AND HER MINOR DAUGHTER T.C.

## COUNT XII: VIOLATION OF FLA. STAT. SEC. 83.51
## BREACH OF WARRANTY OF HABITABILITY

272.    Defendants and restate their responses to paragraphs 1 through  91; and 152 through 168 as if fully set forth herein.

273.    Florida Statutes speak for themselves; otherwise denied.

274.   Florida Statutes speak for themselves; otherwise denied.

275.   Florida Statutes speak for themselves; otherwise denied.

276.   Denied.

277.   Denied.

278.   Denied.

279.   Denied.

280.   Denied.

All allegations not specifically admitted are hereby denied.

## COUNT XIII: VIOLATION OF FLA. STAT. SEC. 83.61(1)
## INADEQUATE GARBAGE COLLECTION

281.   Defendants and restate their responses to paragraphs 1 through  91; and 152 through 168 as if fully set forth herein.

282.   Florida Statutes speak for themselves; otherwise denied

283.   Denied

284.   Denied

285.   Denied

286.   Florida Statutes speak for themselves; otherwise denied

All allegations not specifically admitted are hereby denied.

## COUNT XIX: GROSS NEGLIGENCE

287.    Defendants restate their responses to paragraphs 1 through 91 and 152 through 168 as if fully set forth herein.

288.   Florida law speaks for itself; otherwise denied.

289.   Florida law speaks for itself; otherwise denied.

290.   Florida law speaks for itself; otherwise denied.

291.    Florida law speaks for itself; otherwise denied.

292.    Denied.

293.    Denied.

294.    Denied.

295.    Denied.

296.    Denied.

297.    Denied.

298.    Without knowledge; therefore denied.

299.    Without knowledge; therefore denied.

300.    Denied.

301.    Denied.

All allegations not specifically admitted are hereby denied.

### COUNT XX: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

302.    Defendants restate their responses to paragraphs 1 through 91; 152 through 168;
and 287 through 301 as if fully set forth herein.

303.    Florida law speaks for itself; otherwise denied.

304.    Denied.

305.    Without knowledge therefore denied.

306.    Denied.

307.    Denied.

308.    Denied.

All allegations not specifically admitted are hereby denied.

**COUNT XXI: VIOLATION OF FLA. STAT. SEC. 83.44**
**VIOLATION OF OBLIGATION OF GOOD FAITH**

309.   Defendants restate their responses to paragraphs 1 through 91 and 152 through 168 as if fully set forth herein.

310.   Denied.

311.   Denied.

312.   Denied.

313.   Denied.

All allegations not specifically admitted are hereby denied.

**COUNT XXII: VIOLATION OF FLORIDA'S DECEPTIVE**
**AND UNFAIR TRADE PRACTICES ACT**

314.   Defendants restate their responses to paragraphs 1 through 91 and 152 through 168 as if fully set forth herein.

315.   Florida Statutes speak for themselves; otherwise denied.

316.   Florida Statutes speak for themselves; otherwise denied.

317.   Florida Statutes speak for themselves; otherwise denied.

318.   Denied.

319.   Denied.

320.   Florida Statutes speak for themselves otherwise denied.

321.   Denied.

322.   Denied.

323.   Denied.

324.   Denied.

325.   Florida Statutes speak for themselves; otherwise denied.

326.     Florida Statutes speak for themselves; otherwise denied.

All allegations not specifically admitted are hereby denied.

## COUNT XXIII: VIOLATION OF FAIR HOUSING ACT

327.     Defendants restate their responses to paragraphs 1through 326 as if fully set forth herein.

328.     Admit for jurisdictional purposes.

329.     Admit the Fair Housing Act speaks for itself; otherwise denied.

330.     Admit the Fair Housing Act speaks for itself; otherwise denied.

331.     Admit the Fair Housing Act and federal law speaks for itself; otherwise denied.

332.     Admit the Fair Housing Act and federal law speaks for itself; otherwise denied.

333.     Admit the Fair Housing Act and federal law speaks for itself; otherwise denied.

334.     Admit the Fair Housing Act and federal law speaks for itself; otherwise denied.

335.     Admit the Fair Housing Act and federal law speaks for itself; otherwise denied.

336.     Admit the Fair Housing Act and federal law speaks for itself; otherwise denied.

337.     Admit the Fair Housing Act and federal law speaks for itself; otherwise denied.

338.     Denied.

339.     Denied.

340.     Denied.

341.     Denied.

342.     Denied.

343.     Denied.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

Plaintiffs failed to state a cause of action upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

A receiver has been court appointed over the subject property and oversees management and control over the property.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiffs breached the subject leases.

**FOURTH AFFIRMATIVE DEFENSE**

Defendants either owed no duty to the Plaintiffs or if the duty was owed, did not violate the same.

**FIFTH AFFIRMATIVE DEFENSE**

Defendants were unaware of any foreseeable harm, and/or did not act negligently.

**SIXTH AFFIRMATIVE DEFENSE**

Defendants did not violate The Fair Housing Act .

**SEVENTH AFFIRMATIVE DEFENSE**

Any harm suffered by the Plaintiffs was due to their own conduct, or by the conduct of third parties.

**EIGHTH AFFIRMATIVE DEFENSE**

Defendants did not engage in interstate commerce.

Defendants reserve their right to amend these Affirmative Defenses .

WHEREFORE, Defendants respectfully request that this Court dismiss Plaintiff's Complaint with prejudice, and for any other such relief as this Court deems just and proper.

Respectfully submitted,
ANDERSON LAW GROUP

/s/ Layla K. McDonald
Layla K. McDonald, Esq.
Florida Bar No.: 011308
13577 Feather Sound Dr., Suite 500
Clearwater, FL  33762
Telephone:  (727) 329-1999
Facsimile:  (727) 329-1499
Email:  lmcdonald@floridalawpartners.com
Email:  eserve@floridalawpartners.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of November, 2017, I *caused the foregoing to be* electronically filed with the Clerk of the Court using CM/ECF *which will provide electronic notice of such filing to all counsel of record.*

*Legal Services of Greater Miami, Inc.*
Rebecca Parsons Schram, Esq.
Jeffrey Hearne, Esq.
3000 Biscayne Blvd, Suite 500
Miami, FL, 33137
RSchram@legalservicesmiami.org
PBerrios@legalservicesmiami.org

Renee M. Smith, Esq.
9000 Las Vegas Boulevard S.
Unit 2291
Las Vegas, NV  89123
renee@smithtitleservices.com

*Community Justice Project, Inc.*
Charles Elsesser, Esq.
Alana Greer, Esq.
3000 Biscayne Blvd, Suite 102
Miami, FL 33137
Charles@floridalegal.org
Alana@communityjusticeproject.com

*Hughes Hubbard & Reed, LLP*
Jeffrey Goldberg, Esq.
201 S. Biscayne Boulevard, Suite 2500
Miami, FL  33131
Charles@communityjusticeproject.com
Alana@communityjusticeproject.com

/s/ Layla K. McDonald
Layla K. McDonald, Esq.
Florida Bar No.: 011308

-21-