UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-cv-24117-HUCK

GAYNISHA WILLIAMS, NATHANAEL
MARS, SHANNON DANIELS, LAKEISHA
CHATFIELD, and LAKEISH CHATFIELD
ON BEHALF OF HER MINOR
DAUGHTER, T.C.,

      Plaintiff,

v.

MIAMI BEVERLY, LLC, LIBERTY
APARTMENTS, LLC, FREEDOM
APARTMENTS, LLC, DENISE VAKNIN,
and ABRAHAM VAKNIN,

      Defendant.

_____/

**ORDER**

      THIS MATTER comes before the Court upon a *sua sponte* review of the record. The Defendant's Answer and Affirmative Defenses [D.E. 4], filed on November 15, 2017, asserts eight affirmative defenses. The first affirmative defense states that "Plaintiffs failed to state a cause of action upon which relief may be granted." This defense may also be raised by motion. It is in the interest of justice that the Court hear this defense at this stage in the proceedings. Accordingly, it is

      ORDERED AND ADJUDGED that if Defendant is going to continue to assert the defense that Plaintiff's complaint fails to state a claim upon which relief can be granted, Defendant shall file the appropriate motion and supporting memoranda of law within 10 days from the date of this Order. If the Defendant chooses not to continue to assert this defense, Defendant shall notify the Court within 10 days.

      DONE and ORDERED in Chambers, Miami, Florida, on November 27, 2017.

Paul C. Huck
United States District Judge

Copies furnished to:
All counsel of record.