UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24117-CIV-HUCK/MCALILEY

GAYNISHA WILLIAMS, *et al.*,

    Plaintiffs,

vs.

MIAMI BEVERLY LLC, *et al.*,

    Defendants.
_____/

## ORDER

Plaintiffs have filed two motions to compel better responses to written discovery, which the Honorable Paul C. Huck referred to me. [DE 6, 18, 19]. The motions do not comply with my Discovery Procedures, which are attached to Judge Huck's scheduling order. [*see* DE 6 at 6]. Had Plaintiffs followed the streamlined process set forth in the Discovery Procedures, they could have saved time and conserved resources of both the Court and the parties. The Court is always surprised and frustrated when lawyers do not read, or follow, court orders.

In this instance only, the Court will consider Plaintiffs' motions to compel despite their noncompliance. Defendants are hereby **ORDERED** to file responses to the motions to compel, each of which may not exceed five (5) pages in length, by **April 20, 2018.**

DONE and ORDERED in chambers at Miami, Florida this 16th day of April, 2018.

CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc: The Honorable Paul C. Huck
    Counsel of record