UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-24117-HUCK

GAYNISHA WILLIAMS,
NATHANAEL MARS,
SHANNON DANIELS,
LAKEISHA CHATFIELD, and
LAKEISH CHATFIELD ON BEHALF OF
HER MINOR DAUGHTER, T.C.,

    Plaintiffs,

v.

MIAMI BEVERLY, LLC,
LIBERTY APARTMENTS, LLC,
FREEDOM APARTMENTS, LLC,
DENISE VAKNIN, and
ABRAHAM VAKNIN,

    Defendants.
_____/

## ADMINISTRATIVE ORDER CLOSING CASE

THIS CAUSE is before the Court upon the parties' Joint Status Report [D.E. 27] as to Miami Beverly, LLC's Suggestion of Bankruptcy filed on April 17, 2018. Pursuant to the bankruptcy code's automatic stay, 11 U.S.C. § 362, and the parties' recommendation in their Joint Status Report, it is therefore

ORDERED AND ADJUDGED that the Clerk of the Court shall mark this case CLOSED and DENY all pending motions as MOOT for statistical purposes only. This administrative action does not affect any party's substantive rights. Any party may move to re-open this case should it become appropriate.

DONE AND ORDERED in Chambers in Miami, Florida, on August 3, 2018.

                                                            Paul C. Huck
                                                            United States District Judge

Copies furnished to:
Counsel of Record